DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARK Q. DENTON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2748

[February 4, 2026]

Appeal of order denying petition for writ of habeas corpus from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Peter Holden, Judge; L.T. Case No. 79-007105-CF10A.

Mark Q. Denton, Cross City, pro se.

James Uthmeier, Attorney General, Tallahassee, and Jessenia J. Concepcion, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Gonzalez v. State*, 432 So. 2d 171, 171–72 (Fla. 3d DCA 1983); *Morris v. State*, 428 So. 2d 700 (Fla. 1st DCA 1983); *Ford v. State*, 306 So. 3d 417, 422 (Fla. 1st DCA 2020).

MAY, GERBER and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***